**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

CHRISTOPHER D. WYMAN,
Debtor.
_______________________________/

MICHAEL E. TINDALL,
Movant,
v.
SAMUEL D. SWEET, TRUSTEE,
Respondent.
_______________________________/

Case No. 26-12405

Hon. Denise Page Hood

(Bank. Ct. Case No. 12-32264)

# ORDER TO SHOW CAUSE

The Bankruptcy Court for the Eastern District of Michigan issued Notices for Filing Fee Amount Due to Movant Michael E. Tindall. (Bank. Ct. Case No. 12-32264, ECF Nos. 475 and 481) Movant has yet to pay the filing fee to the Bankruptcy Court. Accordingly,

IT IS ORDERED that Movant Michael E. Tindall SHOW CAUSE IN WRITING by October 5, 2026 why this matter should not be dismissed for failure to prosecute. Failure to respond to this Order to Show Cause and pay the filing fee to the Bankruptcy Court may result in the dismissal of this action.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: September 24, 2026